# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

*[This form is for non-prisoners to file a civil complaint. NEATLY print in ink (or type) your answers.]*

**Carmen Brown**,
[You are the PLAINTIFF, print your full name on this line.]

v.

**Family Dollar**,
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number: 2:22-cv-300
*[For a new case in this court, leave blank. The court will assign a case number.]*

FILED OCT 14 2022

*[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]*

## CIVIL COMPLAINT

| # | Defendant's Name and Job Title | Address |
|---|---|---|
| 1 | Family Dollar | 10401 Monroe Road Matthews, N.C. 28105 |
| 2 | Nancy Saulsgiver | 10305 W. 133rd Ave. Cedar Lake, IN |
| 3 | Pam Wildrick | 10305 W. 133rd Ave. Cedar Lake, IN |

*[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and address of each defendant in a separate box as shown here.]*

1. How many defendants are you suing? **3**
2. What is your address? **1440 West 74th Ave Merrillville IN 46410**
3. What is your telephone number: **(219) 240-7004**

4. Have you ever sued anyone for these exact same claims?
   ☒ No.
   ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. I started working for Family Dollar in December of 2021. I was asked numerous times by the store managers to come work there, since they became familiarized with me and my father from shopping in the store on numerous occasions. I applied and since they liked my personality and I didn't have a background I was hired almost immediately. However at the end of December my father passed away. We unfortunately couldn't bury him for 4 months. I informed my store manager then of his passing and the situation and she said take as much time off as you and guaranteed me job security as to not fire me. She commended me so much so while working for them I was asked to work at five different locations. Whenever they were short staffed, even on my days off they would call me in. However things drastically changed for the worst upon return.

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Claims and Facts (continued)

I found out someone was hired in my place but I wasn't fired she just kept telling me I have no hours for you and you would have to go to another store location. That store is located very far from my house and is in a town known for being racist and dangerous for blacks, which i didn't know until I transferred eventually.

**PRIOR LAWSUITS** – Have you ever sued anyone for this exact same event?

☒ No.
○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

**RELIEF** – If you win this case, what do you want the court to order the defendant to do?

Monetary damage relief in the amount of $20,000.00

**FILING FEE** – Are you paying the filing fee?

○ Yes, I am paying the $402.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.]

☒ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[*Initial Each Statement*]

C.B. I will keep a copy of this complaint for my records.
C.B. I will promptly notify the court of any change of address.
C.B. I declare **under penalty of perjury** that the statements in this complaint are true.

Signature: C.B.
Date: 10/9/2022

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

(Claim & facts cont.)

I was cashiering at the register when my managers friend/associate who goes by "Kelly" came in and held a conversation with my manager and noticed me a little frustrated with the treatment of customers upon greeting them as they entered the store. She (Kelly) then advised me to not let it get to me and the only reason why they reacted that way towards me upon greeting them was due to the fact that "I was black". When she (Kelly) asked my manager was it true what she just stated, my manager agreed with her. I felt this

①

(Claims & facts cont.)

Comment was racist and highly offensive. Upon communicating with the store manager and district manager my displeasure of remaining at the pay rate I was given due to my travel distance and experience with the company, they arranged for me to take a test to be promoted to Asst. Manager, to receive the raise I was requesting. Upon successfully completing and passing the test, they sabotaged my raise and promotion by telling me I had to find someone to take over my position in order to receive the raise I rightfully earned or the promotion. That stipulation has never been the responsibility of any other cashier. ②

(Claims & facts cont.)

As long as I worked for Family Dollar it has always been the store managers responsibility to oversee the hiring process and NOT the Cashier's. They also undervalued my earnings concerning my tax return stating that for the 5-6 months I worked for them I only made $355.30, and upon my firing they denied me unemployment. I also talked to my manager and told her by phone the day before my firing and told her I was unable to make it to work due to having not received a check $

③

(Claims & facts cont.)

having car problems so I wouldn't violate the no call, no show policy, however instead of receiving my 1st write-up or warning she flat out fired me and coordinated a plan with the district manager to blackball and stop me from work in the northwest indiana sector.

4.