AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

CARMEN BROWN

           Plaintiff
v.   Civil Action No. 2:22-cv-300

FAMILY DOLLAR

NANCY SAULSGIVER
*TERMINATED: 10/31/2022*

PAM WILDRICK
*TERMINATED: 10/31/2022*

           Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____

**X** Other: This case is DISMISSED without prejudice.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by  Judge Joseph S. Van Bokkelen.

DATE:   11/02/2022            GARY T. BELL, CLERK OF COURT

        by   s/J. Barboza
        *Signature of Clerk or Deputy Clerk*